# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| T'ANTAE DEON LITTLE, | ) | CLERK'S JUDGMENT |
| | ) | |
| Petitioner, | ) | 5:12-CV-00131-RLV |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 12, 2013, Order.

                                       November 15, 2013

Frank G. Johns, Clerk
United States District Court